IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JAMES JESTER,                    *
                                 *
        Plaintiff,               *
                                 *
        v.                       *
                                 *        CV 121-100
WARDEN TED PHILBIN, et al.,      *
                                 *
        Defendants.              *
                                 *
                                 *

------------

O R D E R

------------

Presently before the Court is a stipulation of dismissal with prejudice file by Plaintiff and Defendants Chandra Lane[1] and Cedric Taylor. (Doc. 46.) Plaintiff's counsel and counsel for Defendants Chandra Lane and Cedric Taylor signed the stipulation. (Id. at 1-2.) Additionally, dismissal against less than all parties is permissible under Rule 41(a)(1). See Jackson v. Equifax Info. Servs., LLC, No. CV 119-096, 2020 WL 476698, at *1 (S.D. Ga. Jan. 29, 2020). Thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that this matter is DISMISSED WITH PREJUDICE as to Defendants Chandra Lane and Cedric Taylor. The Clerk is DIRECTED to TERMINATE Defendants Land and Taylor as parties to this case and any motions pertaining to it. Plaintiff

------------

[1] The stipulation misidentifies Defendant Chandra Lane as Chandra Land. (See Doc. 46, at 1.)

and Defendant Land and Taylor shall bear their own costs and fees with respect to each other.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of April, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA